# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:10cr14-5

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br> )<br>vs. )<br> )<br> )<br>JASMINE MICHELLE LITTLEJOHN. )<br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Permit News Media to Have Access to the Defendant While in Custody [Doc. 104].

The Defendant is currently detained and awaiting sentencing. During the period that the Defendant has been in federal custody, her infant daughter passed away while in the care of a relative. As a result of the infant's death, and the activities of Swain County DSS related to that death, media representatives have requested access to the Defendant. The Defendant now files this motion seeking permission to meet with members of the media while in custody. The Government has been advised of the Defendant's request and respectfully takes no position on the motion. [Doc. 103].

For the reasons stated in the Defendant's motion, the Court will allow the Defendant to speak with members of the media while in custody, subject to the following conditions. First, any media interviews that are conducted shall be in full compliance with all security policies of the detention facility where the Defendant is housed and the United States Marshals Service and with a minimum of inconvenience to these entities. Second, the Defendant's counsel in her pending criminal case shall be present during any media contact and shall maintain authority over such contact.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Permit News Media to Have Access to the Defendant While in Custody [Doc. 104] is **ALLOWED** upon the conditions stated herein.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide copies of this Order to counsel for the Defendant, James W. Kilbourne, Jr., counsel for the Government, Don Gast, and the United States Marshals Service.

**IT IS SO ORDERED.**

Signed: March 4, 2011

Martin Reidinger
United States District Judge

2